JS 44C/SDNY
REV. 06/01/17

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                                      DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)            ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No ☐ Yes ☐   Judge Previously Assigned

If yes, was this case Vol. ☐ Invol. ☐ Dismissed. No ☐ Yes ☐ If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?   No ☐   Yes ☐

(PLACE AN [x] IN ONE BOX ONLY)                 NATURE OF SUIT

**TORTS**                                                                                   **ACTIONS UNDER STATUTES**

**CONTRACT**              **PERSONAL INJURY**         **PERSONAL INJURY**          **FORFEITURE/PENALTY**    **BANKRUPTCY**               **OTHER STATUTES**
                                                      [ ] 367 HEALTHCARE/
[ ] 110  INSURANCE        [ ] 310 AIRPLANE            PHARMACEUTICAL PERSONAL      [ ] 625 DRUG RELATED      [ ] 422 APPEAL               [ ] 375 FALSE CLAIMS
[ ] 120  MARINE           [ ] 315 AIRPLANE PRODUCT    INJURY/PRODUCT LIABILITY     SEIZURE OF PROPERTY               28 USC 158           [ ] 376 QUI TAM
[ ] 130  MILLER ACT               LIABILITY           [ ] 365 PERSONAL INJURY      21 USC 881                [ ] 423 WITHDRAWAL           [ ] 400 STATE
[ ] 140  NEGOTIABLE       [ ] 320 ASSAULT, LIBEL &           PRODUCT LIABILITY     [ ] 690 OTHER                     28 USC 157                   REAPPORTIONMENT
         INSTRUMENT               SLANDER             [ ] 368 ASBESTOS PERSONAL                                                            [ ] 410 ANTITRUST
[ ] 150  RECOVERY OF      [ ] 330 FEDERAL                    INJURY PRODUCT                                                                [ ] 430 BANKS & BANKING
         OVERPAYMENT &            EMPLOYERS'                 LIABILITY             **PROPERTY RIGHTS**                                     [ ] 450 COMMERCE
         ENFORCEMENT              LIABILITY                                                                                                [ ] 460 DEPORTATION
         OF JUDGMENT      [ ] 340 MARINE              **PERSONAL PROPERTY**        [ ] 820 COPYRIGHTS                                      [ ] 470 RACKETEER INFLU-
[ ] 151  MEDICARE ACT     [ ] 345 MARINE PRODUCT                                   [ ] 830 PATENT                                                  ENCED & CORRUPT
[ ] 152  RECOVERY OF              LIABILITY           [ ] 370 OTHER FRAUD          [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION                 ORGANIZATION ACT
         DEFAULTED        [ ] 350 MOTOR VEHICLE       [ ] 371 TRUTH IN LENDING     [ ] 840 TRADEMARK                                               (RICO)
         STUDENT LOANS    [ ] 355 MOTOR VEHICLE                                                                                            [ ] 480 CONSUMER CREDIT
         (EXCL VETERANS)          PRODUCT LIABILITY                                                          **SOCIAL SECURITY**           [ ] 490 CABLE/SATELLITE TV
[ ] 153  RECOVERY OF      [ ] 360 OTHER PERSONAL                                   **LABOR**
         OVERPAYMENT              INJURY              [ ] 380 OTHER PERSONAL                                 [ ] 861 HIA (1395ff)          [ ] 850 SECURITIES/
         OF VETERAN'S     [ ] 362 PERSONAL INJURY -          PROPERTY DAMAGE       [ ] 710 FAIR LABOR        [ ] 862 BLACK LUNG (923)              COMMODITIES/
         BENEFITS                 MED MALPRACTICE     [ ] 385 PROPERTY DAMAGE              STANDARDS ACT     [ ] 863 DIWC/DIWW (405(g))            EXCHANGE
[ ] 160  STOCKHOLDERS                                        PRODUCT LIABILITY     [ ] 720 LABOR/MGMT        [ ] 864 SSID TITLE XVI
         SUITS                                                                             RELATIONS         [ ] 865 RSI (405(g))
[ ] 190  OTHER                                        **PRISONER PETITIONS**       [ ] 740 RAILWAY LABOR ACT                               [ ] 890 OTHER STATUTORY
         CONTRACT                                     [ ] 463 ALIEN DETAINEE       [ ] 751 FAMILY MEDICAL    **FEDERAL TAX SUITS**                ACTIONS
[ ] 195  CONTRACT         **ACTIONS UNDER STATUTES**  [ ] 510 MOTIONS TO           LEAVE ACT (FMLA)                                        [ ] 891 AGRICULTURAL ACTS
         PRODUCT                                              VACATE SENTENCE                                [ ] 870 TAXES (U.S. Plaintiff or
         LIABILITY        **CIVIL RIGHTS**                    28 USC 2255          [ ] 790 OTHER LABOR               Defendant)            [ ] 893 ENVIRONMENTAL
[ ] 196  FRANCHISE                                    [ ] 530 HABEAS CORPUS                LITIGATION        [ ] 871 IRS-THIRD PARTY               MATTERS
                          [ ] 440 OTHER CIVIL RIGHTS  [ ] 535 DEATH PENALTY        [ ] 791 EMPL RET INC              26 USC 7609           [ ] 895 FREEDOM OF
                                  (Non-Prisoner)      [ ] 540 MANDAMUS & OTHER             SECURITY ACT (ERISA)                                    INFORMATION ACT
**REAL PROPERTY**         [ ] 441 VOTING                                                                                                   [ ] 896 ARBITRATION
                          [ ] 442 EMPLOYMENT                                       **IMMIGRATION**                                         [ ] 899 ADMINISTRATIVE
[ ] 210  LAND             [ ] 443 HOUSING/            **PRISONER CIVIL RIGHTS**                                                                    PROCEDURE ACT/REVIEW OR
         CONDEMNATION             ACCOMMODATIONS                                   [ ] 462 NATURALIZATION                                          APPEAL OF AGENCY DECISION
[ ] 220  FORECLOSURE      [ ] 445 AMERICANS WITH      [ ] 550 CIVIL RIGHTS                 APPLICATION
[ ] 230  RENT LEASE &             DISABILITIES -      [ ] 555 PRISON CONDITION     [ ] 465 OTHER IMMIGRATION                               [ ] 950 CONSTITUTIONALITY OF
         EJECTMENT                EMPLOYMENT          [ ] 560 CIVIL DETAINEE               ACTIONS                                                 STATE STATUTES
[ ] 240  TORTS TO LAND    [ ] 446 AMERICANS WITH              CONDITIONS OF CONFINEMENT
[ ] 245  TORT PRODUCT             DISABILITIES -OTHER
         LIABILITY        [ ] 448 EDUCATION
[ ] 290  ALL OTHER
         REAL PROPERTY

*Check if demanded in complaint:*

☐ CHECK IF THIS IS A **CLASS ACTION**          DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
   UNDER F.R.C.P. 23                           AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
                                               IF SO, STATE:

DEMAND $_____  OTHER _____  JUDGE _____ DOCKET NUMBER _____

*Check YES only if demanded in complaint*
JURY DEMAND: ☐ YES ☐ NO             NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)* **ORIGIN**

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
  - [ ] a. all parties represented
  - [ ] b. At least one party is pro se.
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from (Specify District)
- [ ] 6 Multidistrict Litigation (Transferred)
- [ ] 7 Appeal to District Judge from Magistrate Judge
- [ ] 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)* **BASIS OF JURISDICTION**   *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

- [ ] 1 U.S. PLAINTIFF
- [ ] 2 U.S. DEFENDANT
- [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)
- [ ] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**
I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:   THIS ACTION SHOULD BE ASSIGNED TO:   [ ] WHITE PLAINS   [ ] MANHATTAN

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _/s/_   ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED  Mo. _____ Yr. _____)
RECEIPT # _____   Attorney Bar Code # _____

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)